UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM A. PARKS,

Plaintiff,

-vs-  Case No. 6:09-cv-2014-Orl-18DAB

THE CITY OF DAYTONA BEACH, FLORIDA,
ET AL,

Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Application to Proceed In Forma Pauperis (Doc. No. 3). The Court having reviewed the report and recommendation of the magistrate judge, and the objection filed by the plaintiff (Doc. 7), it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's Application to Proceed In Forma Pauperis is **DENIED** and the complaint is **DISMISSED** without prejudice. Plaintiff shall have 14 days to file an Amended Complaint, accompanied by the filing fee or renewed motion to proceed as a pauper. Clerk of the Court is directed to CLOSE the case.

It is **SO ORDERED** in Orlando, Florida, this 6 day of January, 2010.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge